JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Vera Allen**, <br><br> Plaintiff, <br><br> v. <br><br> **Carson Hospitality Group, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:13-CV-04498-PA-PLA <br><br> **MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** <br><br> NOTE: CHANGES MADE BY THE COURT |

### ORDER

Having read the foregoing Motion and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, ~~with the Court retaining jurisdiction for the purpose of enforcing settlement~~, each party to bear her or its own attorneys' fees and costs.

Dated: 5/16/14

*[signature]*

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE